# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| GARY LAVON DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:17-cv-00599-VEH-JHE ) |
| JASON BLACK, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on April 16, 2018, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 8). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 8th day of May, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge